# IN THE SUPREME COURT OF THE STATE OF NEVADA

RICHARD RUPPERT,
Appellant,
vs.
AMERICAN EXPRESS NATIONAL
BANK,
Respondent.

No. 83753

**FILED**

DEC 1 5 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This appeal was docketed on November 10, 2021, without payment of the requisite filing fee. *See* NRAP 3(e). That same day, this court issued a notice directing appellant to pay the required filing fee or demonstrate compliance with NRAP 24 within 14 days. The notice advised that failure to comply would result in the dismissal of this appeal. To date, appellant has not paid the filing fee or otherwise responded to this court's notice. Accordingly, this appeal is dismissed. *See* NRAP 3(a)(2).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Jasmin D. Lilly-Spells, District Judge
Richard Ruppert
Patenaude & Felix, APC
Eighth District Court Clerk

21-35772